115 P.3d 708–709

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 27, 2005**

| | | |
|---|---|---|
| 25654 | International Commercial Bank of China, Los Angeles Branch v. L & L (USA), Inc. | Affirmed |

**May 31, 2005**

| | | |
|---|---|---|
| 25982 | State v. Asuncion | Affirmed |

**June 29, 2005**

| | | |
|---|---|---|
| 25925 | State v. Wrightsman | Affirmed |
| 25753 | State v. Young | Vacated and Remanded |

**July 13, 2005**

| | | |
|---|---|---|
| 25551 | State v. Mukai | Affirmed |

**July 15, 2005**

| | | |
|---|---|---|
| 26728 | Hutch v. State | Affirmed |
| 25985 | State v. Jae Kyong Seong | Affirmed |
| 26588 | Young v. State | Affirmed |

**July 21, 2005**

| | | |
|---|---|---|
| 26754 | Daigle v. State | Affirmed |

**July 22, 2005**

| | | |
|---|---|---|
| 25980 | State v. Long | Affirmed |

**July 26, 2005**

| | | |
|---|---|---|
| 25655, 25657 | State v. Shabazz; State v. Crawley | Affirmed |

**July 27, 2005**

| | | |
|---|---|---|
| 25826 | Peiler v. Yogi | Affirmed |

**July 28, 2005**

| | | |
|---|---|---|
| 26589 | Defeo v. State | Affirmed |